

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00529-CV

**IN RE MICAH MCKINNEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

Delivered and Filed: January 27, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On November 2, 2020, relator filed a petition for writ of mandamus. After considering the petition, the response, the reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15606, styled *In the Matter of the Marriage of Leslie McKinney and Micah McKinney and the Interest of D.O.M. and F.J.M., Children*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.